23 So.2d 516

### Robert SMITH v. STATE.

#### 5 Div. 406.

Supreme Court of Alabama.

Oct. 11, 1945.

J. B. Atkinson, of Clanton, for petitioner.

Robt. B. Harwood, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Robert Smith for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Smith v. State, 23 So.2d 515.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.